R. JOSEPH TROJAN, SBN 137067
TROJAN LAW OFFICES
9250 Wilshire Blvd., Ste. 325
Beverly Hills, CA 90212
Telephone: 310-777-8399
trojan@trojanlawoffices.com

Attorney for Plaintiff/Counterdefendant HOMELAND HOUSEWARES, LLC and Counterdefendant CAPITAL BRANDS, LLC

MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

Attorney for Defendant
SORENSEN RESEARCH AND DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMELAND HOUSEWARES, LLC., a California company, | Case No. 11-CV-03720-GW(JEMx) |
| Plaintiff, | **[PROPOSED] PROTECTIVE ORDER** |
| v. | |
| SORENSEN RESEARCH AND DEVELOPMENT TRUST, | Courtroom 10 <br> Judge George H. Wu |
| Defendant. | |
| and related counterclaims. | |

| | |
|---|---|
| 1 | |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | |
| 4 | |
| 5 | DATED: June 30, 2011   */s/John E. McDermott*   |
| 6 | Hon. John E. McDermott |
| 7 | United States Magistrate Judge |