JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOMELAND HOUSEWARES, LLC, | ) | CASE NO.  CV 11-3720-GW(JEMx) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| SORENSEN RESEARCH AND | ) | Hon. George H. Wu |
| DEVELOPMENT TRUST, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

1        IT IS HEREBY ADJUDGED that Plaintiff Homeland Housewares, LLC

2    ("Homeland") does not infringe United States Patent No. 6,599,460.  IT IS FURTHER

3    HEREBY ADJUDGED that Homeland is not entitled to a declaratory judgment that the

4    claims of United States Patent No. 6,599,460 are invalid and unenforceable. IT IS

5    FURTHER HEREBY ADJUDGED that Homeland is the prevailing party and shall recover

6    its costs.

7

8    Dated:  May 28, 2013

9                                 _____

10                                Hon. George H. Wu
                                  United States District Judge

11

12   Jointly Presented by:

13   KRAMER LAW OFFICE, INC.

14   Melody A. Kramer, Esq.
     Attorney for Defendant

15   SORENSEN RESEARCH AND

16   DEVELOPMENT TRUST

17   and

18

19   TROJAN LAW OFFICES
     R. Joseph Trojan, Esq.

20   Attorney for Plaintiff
     HOMELAND HOUSEWARES, LLC

21

22

23

24

25

26

27

28