cc: Fiscal Section

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOMELAND HOUSEWARES, LLC, | ) | CASE NO. CV 11-3720-GW(JEMx) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT ON ATTORNEY FEES** |
| | ) | |
| SORENSEN RESEARCH AND | ) | Hon. George H. Wu |
| DEVELOPMENT TRUST, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ADJUDGED that Plaintiff Homeland Housewares, LLC is awarded attorney fees in the above-captioned action pursuant to 35 U.S.C. § 285 in the total amount of $253,777.37.

Dated: July 29, 2013  _____

Hon. George H. Wu
United States District Judge

/ / /

/ / /

1  Presented by:

2  LAW OFFICE OF PATRICIA A. SHACKELFORD
   Patricia A. Shackelford, Esq.
3  LAW OFFICE OF CHRISTIAN FENTON
   Christian Fenton, Esq.
4  Attorneys for Defendant
5  SORENSEN RESEARCH AND
   DEVELOPMENT TRUST
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28